UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
    VADIM VULFOV                                CASE NO. 20-10502
    IRINA YURYEVNA MORGUNOVSKAYA      JUDGE BENJAMIN A. KAHN
    1203 BERKLEY HALL MANOR LN APT 1G
    GREENSBORO, NC  27409

        DEBTORS

SSN(1) XXX-XX-4064      SSN(2) XXX-XX-6248          DATE: 01/28/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% ZWICKER & ASSOCIATES PC<br>80 MINUTEMAN RD<br>P O BOX 9043<br>ANDOVER, MA  01810-1041 | $1,551.03<br>INT:  .00%<br>NAME ID: 182461<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT: 2001<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% ZWICKER & ASSOCIATES PC<br>80 MINUTEMAN RD<br>P O BOX 9043<br>ANDOVER, MA  01810-1041 | $5,821.48<br>INT:  .00%<br>NAME ID: 182461<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 1005<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $2,991.18<br>INT:  .00%<br>NAME ID: 170495<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 1005<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $3,445.64<br>INT:  .00%<br>NAME ID: 63803<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 3394<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $2,418.92<br>INT:  .00%<br>NAME ID: 63803<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 6993<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $3,325.83<br>INT:  .00%<br>NAME ID: 63803<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 8321<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $2,353.78<br>INT:  .00%<br>NAME ID: 63803<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 6156<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $2,385.67<br>INT:  .00%<br>NAME ID: 63803<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 4703<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $2,069.84<br>INT:  .00%<br>NAME ID: 63803<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 0233<br>COMMENT: |
| BERKLEY HALL COMPANIES<br>500 D STATE ST<br>GREENSBORO, NC  27405 | $0.00<br>INT:  .00%<br>NAME ID: 182407<br>CLAIM #: 0053 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $3,798.36<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 9314<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $1,203.25<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 3920<br>COMMENT: |
| CAPITAL ONE NA<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $929.47<br>INT:  .00%<br>NAME ID: 135165<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 0181<br>COMMENT:  KOHL'S |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $280.69<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 1696<br>COMMENT:  SYNCHRONY BANK |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $277.19<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 9246<br>COMMENT:  SYNCHRONY BANK |
| DEPT STORE NATL BANK<br>% QUANTUM3 GROUP LLC<br>P O BOX 657<br>KIRKLAND, WA  98083-0788 | $4,127.15<br>INT:  .00%<br>NAME ID: 156666<br>CLAIM #: 0040 | (U) UNSECURED<br><br>ACCT: 8871<br>COMMENT:  MACY'S |
| DEPT STORES NATIONAL BANK/MACYS<br>BANKRUPTCY PROCESSING<br>P O BOX 8053<br>MASON, OH  45040 | $0.00<br>INT:  .00%<br>NAME ID: 118653<br>CLAIM #: 0041 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8871<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $2,840.43<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #: 0030 | (U) UNSECURED<br><br>ACCT: 0834<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,390.64<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #: 0031 | (U) UNSECURED<br><br>ACCT: 3376<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 10590<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC | |
| HSBC BANK USA<br>P O BOX 9<br>BUFFALO, NY  14240 | $0.00<br>INT: .00%<br>NAME ID: 54000<br>CLAIM #: 0034 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 9813<br>COMMENT: | |
| HSBC BANK USA NA<br>2929 WALDEN AVE C9<br>ATTN BUSINESS SERVICES<br>DEPEW, NY  14043 | $1,646.68<br>INT: .00%<br>NAME ID: 182959<br>CLAIM #: 0032 | | (U) UNSECURED<br><br>ACCT: 4529<br>COMMENT: | |
| HSBC BANK USA NA<br>2929 WALDEN AVE C9<br>ATTN BUSINESS SERVICES<br>DEPEW, NY  14043 | $1,972.46<br>INT: .00%<br>NAME ID: 182959<br>CLAIM #: 0033 | | (U) UNSECURED<br><br>ACCT: 0726<br>COMMENT: | |
| HSBC BANK USA NA<br>2929 WALDEN AVE C9<br>ATTN BUSINESS SERVICES<br>DEPEW, NY  14043 | $2,112.48<br>INT: .00%<br>NAME ID: 182959<br>CLAIM #: 0035 | | (U) UNSECURED<br><br>ACCT: 4177<br>COMMENT: | |
| HYUNDAI MOTOR FINANCE CO<br>ATTN BANKRUPTCY DEPT<br>P O BOX 20809<br>FOUNTAIN VALLEY, CA  92728-0809 | $14,742.08<br>INT: 5.25%<br>NAME ID: 183005<br>CLAIM #: 0005 | | (V) VEHICLE-SECURED<br><br>ACCT: 0826<br>COMMENT: 18HYUN,920OR | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 4064<br>COMMENT: OC | |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $2,343.02<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0036 | | (U) UNSECURED<br><br>ACCT: 9921<br>COMMENT: | |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $3,271.73<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0037 | | (U) UNSECURED<br><br>ACCT: 4147<br>COMMENT: | |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $3,106.35<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0038 | | (U) UNSECURED<br><br>ACCT: 5216<br>COMMENT: | |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $3,223.90<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0039 | | (U) UNSECURED<br><br>ACCT: 4139<br>COMMENT: | |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,859.90<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0021 | | (U) UNSECURED<br><br>ACCT: 1570<br>COMMENT: | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,046.07<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0022 | | (U) UNSECURED<br><br>ACCT: 4678<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,431.00<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0023 | | (U) UNSECURED<br><br>ACCT: 6529<br>COMMENT: CITIBANK |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,297.05<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0024 | | (U) UNSECURED<br><br>ACCT: 7533<br>COMMENT: CITIBANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 4064<br>COMMENT: OC |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,016.41<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 5437<br>COMMENT: BARCLAYS |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,754.42<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0042 | | (U) UNSECURED<br><br>ACCT: 2662<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,536.08<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0044 | | (U) UNSECURED<br><br>ACCT: 2196<br>COMMENT: AMAZON |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $3,170.96<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0045 | | (U) UNSECURED<br><br>ACCT: 3313<br>COMMENT: AMAZON |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,041.45<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0046 | | (U) UNSECURED<br><br>ACCT: 8436<br>COMMENT: CARCARE |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $695.16<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0047 | | (U) UNSECURED<br><br>ACCT: 5880<br>COMMENT: CARECREDIT |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $890.78<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0048 | | (U) UNSECURED<br><br>ACCT: 1321<br>COMMENT: CITGO |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $574.74<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0049 | | (U) UNSECURED<br><br>ACCT: 3103<br>COMMENT: CITGO |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $6,090.84<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0050 | | (U) UNSECURED<br><br>ACCT: 4535<br>COMMENT: TJX REWARDS,1220A |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $4,943.50<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0051 | | (U) UNSECURED<br><br>ACCT: 3236<br>COMMENT: TJX REWARDS,1220A |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $6,553.08<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0052 | | (U) UNSECURED<br><br>ACCT: 8266<br>COMMENT: TOYS R US |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $941.41<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0025 | | (U) UNSECURED<br><br>ACCT: 6670<br>COMMENT: C21 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $2,574.84<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0026 | | (U) UNSECURED<br><br>ACCT: 8080<br>COMMENT: IKEA |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,912.19<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0027 | | (U) UNSECURED<br><br>ACCT: 1294<br>COMMENT: LEXUS |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,162.70<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0028 | | (U) UNSECURED<br><br>ACCT: 9878<br>COMMENT: MYPLACE |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $424.79<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0029 | | (U) UNSECURED<br><br>ACCT: 6523<br>COMMENT: VICTORIA SECRET |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0043 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8266<br>COMMENT: |
| TD AUTO FINANCE LLC<br>P O BOX 16041<br>LEWISTON, ME  04243-9523 | $14,581.84<br>INT: 5.25%<br>NAME ID: 150827<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 4864<br>COMMENT: 1020OR,SUBC |
| **TOTAL:** | **$133,128.46** | | |
| WENDELL WES SCHOLLANDER III ESQ<br>514 S STRATFORD RD STE 317<br>WINSTON SALEM, NC  27103 | $5,450.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/28/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
    Attorney for Debtors - Electronic Notice